IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO BECERRA MARTINEZ, JR.,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Case No. 2:02-CR-58 TS |

This matter is before the Court for consideration of Defendant's Motion for Early Termination of Supervised Release.[1] For the reasons discussed below, the Court will grant Defendant's Motion.

I. BACKGROUND

Defendant was charged by Indictment on January 23, 2002, with one count of distributing 50 grams or more of actual methamphetamine. Defendant entered a plea of guilty to Count I of the Indictment on October 3, 2002. Defendant was subsequently sentenced to a term of 120 months in the custody of the Bureau of Prisons, to be followed by a 60-month term of supervised release.

Defendant began his term of supervision on March 11, 2011. Defendant resides in California and has been supervised by the United States Probation Office for the Central District of California. Defendant now moves to terminate that supervision.

---

[1] Docket No. 58.

1

Defendant argues that early termination of his supervision is warranted because it would be beneficial to his career. In support of his Motion, Defendant asserts that he has fully complied with all the terms of his supervision and has maintained gainful employment. Consultation with Defendant's supervising officer in California confirms that Defendant has remained compliant with the terms of his supervised release and fulfilled all of his financial obligations. Further, the Government makes no objection to Defendant's Motion.

## II. DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 58) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED May 20, 2014.

BY THE COURT:

_____
TED STEWART
United States District Judge